**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KERVIN L., | : | |
| v. | : | NO. 24-CV-927 |
| FRANK BISIGNANO,<br>Commissioner of Social Security | : | |

**O R D E R**

AND NOW, this 9th day of November, 2026, it is hereby ORDERED that the Claimant's Request for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE